UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BERNARD ANDREW WHITE,               )
                                    )
                Petitioner,         ) Case No. CV 09-2197-R(AJW)
                                    )
        v.                          ) JUDGMENT
                                    )
DERRAL G. ADAMS, et al.,            )
                                    )
                Respondents.        )
_____)

        **It is hereby adjudged** that the petition for a writ of habeas
corpus is dismissed for lack of jurisdiction.


Dated: __May 11, 2009___


                                    _____
                                    Manuel L. Real
                                    United States District Judge